

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00012-CV

Pradyumna Chary **MUMMADY**, M.D.,
Appellant

v.

Zulema **CABRERA**, Individually and on Behalf of the Estate of David Cabrera, deceased,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVB-000897D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Appellant's motion for rehearing was due September 9, 2021. On September 8, 2021, appellant filed an opposed motion requesting a fifteen-day extension of time. The motion is GRANTED and appellant's motion for rehearing is due **no later than September 24, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court